**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| V. | :   **CRIMINAL NO. DKC 03-018** |
| | : |
| | : |
| **NEIL PERSAUD** | : |

...oooOooo...

**LINE**

Madam Clerk:

    Please enter the appearance of Kristi O'Malley as counsel for the government for all purposes in the above-captioned case.

          Respectfully submitted,

          Rod Rosenstein
          United States Attorney


    By:       /s/
          Kristi O'Malley
          Assistant United States Attorney
          United States Attorney's Office of Maryland
          6406 Ivy Lane, 8th Floor
          Greenbelt, Maryland 20770
          (301) 344-4431